# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01268-RPM

**KELLY COX**, an individual,

      Plaintiff,

v.

**CROWN EQUIPMENT CORPORATION**, an Ohio Corporation,

      Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND THE SCHEDULING ORDER

This matter, having come before the Court on the Parties' Stipulated Motion to Amend the Scheduling Order, and the Court, being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Scheduling Order is hereby amended to extend the deadline for the completion of discovery to April 15, 2013 and the deadline for dispositive motions to May 15, 2013:

DATED this 6th day of March, 2013.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge