# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01268-RPM

**KELLY COX**, an individual,

      Plaintiff,

v.

**CROWN EQUIPMENT CORPORATION**, an Ohio Corporation,

      Defendant.

## ORDER GRANTING
## STIPULATED MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE

This matter, having come before the Court on the Parties' Stipulated Motion For An Extension Of The Discovery Deadline, and the Court, being advised in the premises, herby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Scheduling Order is hereby amended to extend the deadline for completion of discovery to June 15, 2013 and the deadline for dispositive motions to July 15, 2013.

DATED this 10th day of April 2013.

      BY THE COURT:
      s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge