# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01268-RPM

**KELLY COX**, an individual,

    Plaintiff,

v.

**CROWN EQUIPMENT CORPORATION**, an Ohio Corporation,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER – AND – UNOPPOSED MOTION TO VACATE PRETRIAL CONFERENCE

---

This matter, having come before the Court on Defendant's Unopposed Motion to Amend the Scheduling Order and Unopposed Motion to Vacate Pretrial Conference (the "Motion"), and the Court, being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Scheduling Order is hereby amended to extend the deadline for dispositive motions to July 22, 2013.

IT IS FURTHER ORDERED that the Pretrial Conference currently scheduled for August 2, 2013 is hereby VACATED.

DATED this 15th day of July, 2013.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge