**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                            November 21, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-01268-RPM

KELLY COX,                                                                                      Scott M. Klegar

       Plaintiff,

v.

CROWN EQUIPMENT CORPORATION,                                      Heidi K. Wilbur
                                                                                                    Jimmy Goh
       Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:30 a.m.**        **Court in session.**

Court's preliminary remarks and states its summary of the case claims and facts.

Argument by Ms. Wilbur.

**ORDERED:**   **Defendant's Motion for Summary Judgment [24], is denied with respect to Cox's termination from Crown.**

Argument by Mr. Klegar.
Mr. Klegar states plaintiff concedes ERISA claim is an equitable claim.

**ORDERED:**   **Defendant's Motion for Summary Judgment [24], is denied as stated on record.**

**ORDERED:**   **Pretrial conference set February 14, 2014 at 10:00 a.m.**

**11:11 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 41 min.