IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01268-RPM

KELLY COX,

    Plaintiff,

v.

CROWN EQUIPMENT CORPORATION,

    Defendant.

_____

ORDER DENYING MOTION FOR SUMMARY JUDGMENT
_____

For the reasons stated on the record, it is

ORDERED that defendant's motion for summary judgment [24] is denied.

Dated: November 21st, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge