IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01268-RPM

KELLY COX,

      Plaintiff,

v.

CROWN EQUIPMENT CORPORATION,

      Defendant.

---

## ORDER SETTING TRIAL DATE

---

      Pursuant to the conference today, it is

      ORDERED that this matter is set for trial to jury on **June 9, 2014, at 8:30 a.m.,** in

Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx .

      Dated:  February 14th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge