IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01268-RPM

KELLY COX,

    Plaintiff,

v.

CROWN EQUIPMENT CORPORATION,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Joint Stipulation for Dismissal [57] filed June 16, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

Dated: June 18th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge